UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:19 CR 0998   JAR/JMB |
| | ) |
| LAKISHA SMITH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Defendant's oral motion for an extension of forty-five (45) days within which to file motions and for continuance of the pretrial motion hearing.

For the reasons set forth in Defendant's motion, the Court finds that to deny Defendants' request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's requests for additional time outweigh the best interest of the public and Defendant in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A).  Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for extension of time within which to file motions and for continuance of the pretrial motion hearing is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant shall have until April 30, 2020, to file any pretrial motions or waiver of motions. The Government shall have until May 7, 2020, to respond. The extension is retroactive to the prior deadline.

**IT IS FINALLY ORDERED** that the Evidentiary Hearing will be set upon further order of the Court.

/s/*John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of March, 2020.