UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   No. 4:19 CR 0998 JAR/JMB |
| v. | ) |
| | ) |
| LAKISHA S. SMITH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**REQUEST FOR ADDITIONAL TIME TO FILE PRETRIAL MOTIONS**

Comes now Defendant Lakisha S. Smith, by and through counsel, Susan McGraugh, and requests additional time to review discovery and file any pretrial motions. Defendant's counsel has been unable to adequately investigate this case due to the Covid pandemic and respectfully asks for additional time to review and investigate this evidence, and discuss the contents with the Defendant.

Respectfully submitted,

/s/ Susan McGraugh_____

Susan McGraugh  #37430MO
Attorney for Defendant
Saint Louis University Law Clinic
100 N. Tucker Blvd.
St. Louis, MO  63101
(314) 977-2778

## CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon James Crowe, Assistant United States Attorney.

                                              /s/ Susan McGraugh